1  KEVIN V. RYAN (CABN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVABN 0722)
3  Chief, Criminal Division

4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408)-535-5084
7     Fax: (408)-535-5066

8  Attorneys for Plaintiff

9
                  UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN JOSE DIVISION
12
                                          *E-FILED - 2/13/06*
13
   UNITED STATES OF AMERICA,        )     No. CR 06-00010-RMW
14                                  )
              Plaintiff,            )
15                                  )     STIPULATION AND ORDER
         v.                         )     RESCHEDULING STATUS HEARING
16                                  )     AND EXCLUDING TIME
   SALVADOR MACIAS-VALENCIA and     )
17 HECTOR JAVIER MACIAS-VALENCIA,   )
                                    )
18            Defendants.           )
                                    )
19

20     IT IS HEREBY STIPULATED by the undersigned that the status hearing in this case,

21 currently scheduled for February 13, 2006 at 9:00 a.m. be vacated and rescheduled for Monday,

22 February 27, 2006 at 9:00 a.m.  The parties further stipulate that the court may exclude the

23 period of time from February 13, 2006 through and including February 27, 2006 from the

24 computation of the period of time within which the trial must commence for the reasons set forth

25 in the proposed order below.

26 It is so stipulated.

27
   Dated:   02/10/06                               /S/
28                                         JOHN N. GLANG
                                           Assistant U.S. Attorney

**STIPULATION AND ORDER RESCHEDULING STATUS HEARING DATE AND EXCLUDING TIME**
**CR 06-00010-RMW**

Dated: __02/10/06_____                     _____/S/_____
                                                ROMMEL BONDOC
                                                Attorney for Salvador Macias-Valencia

Dated: __02/10/06_____                   _____/S/_____
                                                ALFREDO M. MORALES
                                                Attorney for Hector Javier Macias-Valencia

## **ORDER**

Based upon the stipulation of the parties, it is hereby ordered that the status hearing in this case, previously scheduled for February 13, 2006 at 9:00 a.m., be vacated and rescheduled for Monday, February 27, 2006 at 9:00 a.m.

Pursuant to Title 18, United States Code, Section 3161(h), the court excludes the period of time from February 13, 2006 through and including February 27, 2006 from the computation of the period of time within which the trial must commence. The court FINDS that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial. The court bases this finding on the need to afford counsel for the defendants additional time to review discovery provided by the government and to prepare transcripts of Spanish-language audiotaped conversations involving the defendants and a governmenrt undercover agent that are relevant to the prosecution and defense of this case and as time necessary for effective preparation, within the meaning of 18 U.S.C. Section 3161(h)(8)(B)(iv).

It is so ordered:

Dated: __2/13/06_____                        __/S/ RONALD M. WHYTE_____
                                                RONALD M. WHYTE
                                                United States District Judge

**STIPULATION AND ORDER RESCHEDULING STATUS HEARING DATE AND EXCLUDING TIME**
**CR 06-00010-RMW** 2