**FILED**

**UNITED STATES DISTRICT COURT**

AUG 1 6 2006

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

1
2
3
4  | UNITED STATES OF AMERICA,
                Plaintiff;
5
                - vs -
6
   SALVADOR MACIAS-VALENCIA
7  HECTOR MACIAS-VALENCIA
8                Defendants.

Docket No.  CR 06-0010-01- RMW
                 CR 06-0010-02- RMW

9
10
## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE
11
12        ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby

13  ordered that the Judgment and Sentencing  hearing originally set for the 28th day of August 2006,

14  be continued until the 20th day of November 2006, at 9:00 a.m.

15
16  8/16/06
    DATE

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

17
18
19
20
21
22
23
24
25
26
27
28